FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 08, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WYANE R. BLACK,<br><br>                 Plaintiff,<br><br>   v.<br><br>GRANT COUNTY PUBLIC UTILITY DISTRICT; and CHRIS HEIMBIGNER,<br><br>                 Defendants. | NO: 2:17-CV-365-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT CHRIS HEIMBIGNER ONLY |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss Defendant Chris Heimbigner with Prejudice, ECF No. 52. Having reviewed the Stipulated Motion and the record, the Court finds good cause to grant dismissal. Accordingly, **IT IS HEREBY ORDERED**:

1. The Stipulated Motion to Dismiss Defendant Chris Heimbigner with Prejudice, **ECF No. 52**, is **GRANTED**.

2. Plaintiff's Complaint is dismissed **with prejudice** as to Defendant Chris Heimbigner, **only**, and without fees or costs to either party.

ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT CHRIS HEIMBIGNER ONLY ~ 1

3. All claims against Defendant Grant County Public Utility District remain pending.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, enter judgment of dismissal with prejudice as to Chris Heimbigner, terminate Chris Heimbigner as a Defendant in this matter, and provide copies to counsel.

**DATED** February 8, 2019.

                                   *s/ Rosanna Malouf Peterson*
                               ROSANNA MALOUF PETERSON
                                 United States District Judge