# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 08, 2019**

SEAN F. McAVOY, CLERK

WYANE R. BLACK,

*Plaintiff*

v.

GRANT COUNTY PUBLIC UTILITY DISTRICT; and
CHRIS HEIMBIGNER,

*Defendant*

Civil Action No. 2:17-CV-365-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Stipulated Motion to Dismiss Defendant Chris Heimbigner with Prejudice (ECF No. 52) is GRANTED. Plaintiff's Complaint is dismissed with prejudice as to Defendant Chris Heimbigner, only, and without fees or costs to either party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson on a Stipulated Motion to Dismiss Defendant Chris Heimbigner with Prejudice (ECF No. 52).

Date: 2/8/2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lennie Rasmussen

*(By) Deputy Clerk*