FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 12, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WAYNE R. BLACK,<br><br>                      Plaintiff,<br><br>  v.<br><br>GRANT COUNTY PUBLIC UTILITY DISTRICT,<br><br>                      Defendant. | NO:  2:17-CV-365-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is a Stipulated Motion to Dismiss with Prejudice, ECF No. 185.  Having reviewed the Motion and the record, the Court finds good cause to grant dismissal.  Accordingly, **IT IS HEREBY ORDERED**:

    1. The Stipulated Motion to Dismiss with Prejudice, **ECF No. 185**, is **GRANTED**.

    2. Plaintiff's Second Amended Complaint, ECF No. 60, is dismissed **with prejudice** and without fees or costs to any party.

    3. All pending motions are **DENIED AS MOOT**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

4.  All scheduled court hearings are **STRICKEN**.

**IT IS SO ORDERED**.  The District Court Clerk is directed to enter this Order, enter judgment of dismissal with prejudice, provide copies to counsel, and **close this case**.

**DATED** August 12, 2021.

                            *s/ Rosanna Malouf Peterson*
                          ROSANNA MALOUF PETERSON
                             United States District Judge